| | |
|---|---|
| 1 | Your Name: Hutchinson, Leonna J. |
| 2 | Address: 391 Ellis Street, San Francisco, CA 94102 |
| 3 | Phone Number: (415) 430-8079 |
| 4 | Fax Number: — |
| 5 | E-mail Address: HUTCHINSON.CA@MAILFENCE.COM |
| 6 | Pro Se Plaintiff |

N/C

FILED
N/P JUL 08 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV24  4124  AMO

Hutchinson, Leonna J.
Plaintiff,

v.

Brunson, Russell R. et al.,
Defendant.
Kluger, Adam
Wasserman Music
Quality Control LLC

Case Number [leave blank]

**COMPLAINT**

**DEMAND FOR JURY TRIAL**
Yes ☑   No ☐

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Brunson, Russell R.
Address: 3443 W. Bavaria St, Eagle, Idaho 83616
Telephone: (208) 323-9451

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: Kluger, Adam
Address: 4000 Hollywood Blvd Suite 555S, Hollywood, FL 33021
Telephone: (954) 843-3400

1  Defendant 2:
2  Name: Wasserman Music (Netherlands Music Management)
3  Address: P.O. Box 11762, 2502 AT Den Haag
4  Telephone: +31(0)104279042 The Netherlands, Europe
5  Defendant 3:
6  Name: Quality Control LLC
7  Address: 1479 Metropolitan Pkwy SW Atlanta GA 30310-4453
8  Telephone: (866) 258-3217

## JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

   ☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

   Which federal law or right is involved?

   Title 17: 201(a) Protects initial author of the work.

   ☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

   ☑ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

1  ☐ I am suing the U.S. government, federal agency, or federal official in his or her official
2  capacity <u>and</u> I live in this district.
3  ☒ at least one defendant is located in this District and any other defendants are located in
4  California.

## INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in __San Francisco__ County, it should be assigned to the __San Francisco__ Division of this Court.

## STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

6. In 2022, while receiving health care services, I, Hutchinson, Leonna J. was a victim of intellectual property theft. I, Hutchinson, Leonna J was attacked, negligently and intentionally defamed.

7. Brunson, Russell R. intentionally stole my intellectually property, the brand name, "Kingdom Builders". After I purchased an

LH 8/15/2024

7. annual subscription to ClickFunnels.

8. Kluger, Adam, Manager of ~~Wasserman Music~~ LH 7/5/24 Nontra Records, CEO of Kluger Agency Stole my intellectual property. I, Hutchinson, Leonna J. wrote the entire lyrics for the artist "Bhad Babie" and artist, "Lil Yachty" for the hit single "Gucci Flip Flops".

9. The song, I, Hutchinson, Leonna J. wrote was intentionally stolen and produced without my consent. I have loss of economic opportunity as my lyrics, song, image and isms received 209,000,000 views and 2,900,000 likes on the official Youtube video.

10. I, received no credit nor royalties or mentions or economic gain by my, Hutchinson, Leonna J., a natural woman of flesh and blood, on behalf of my principal, HUTCHINSON, LEONNA transferred to Hutchinson, Leonna J. /Agent, lyrics.

11. Wasserman Music, production label of entertainment company, manager for the "City Girls" stole my intellectual property. Drake an artist managed by Wasserman.

12. My intellectual property is featured in the song, "No Bars", as rapped by artist JT. I, Hutchinson, Leonna J. received no credit, royalties or economic gain for

Copy this page and insert it where you need additional space.

12. the usage of my intellectual property.

13. The song in which my intellectual property was stolen is seen in the official video produced and released by JT received 23,000,000 and 235,000 likes. I, Hutchinson, Leonna J., received no economic gain for the usage of my intellectual property, likeness and isms.

14. Quality Control LLC manages the "City Girls" as artists.

15. Wasserman Music, an artist that manages Drake, has stolen my intellectual property.

16. I, Hutchinson, Leonna J., a natural person, wrote the lyrics to the song, "Staying Alive" by DJ Khaled, featuring Drake and Lil Baby. My intellectual property and private facts are disclosed within the lyrics.

17. My intellectual property being stolen and utilized without my consent has caused me severe economic loss, emotional distress and mental anguish.

18. The brand name, "Kingdom Builders" is my intellectual property was stolen by Brunson, Russell R and given/relayed to Lowe, Tamara. "Kingdom Builders" brand

**COMPLAINT**          Page ___ of ___          UPDATED 6/2024

Copy this page and insert it where you need additional space.

18. As portrayed by Lowe, Tamara is me, my, I, Hutchinson, Leonna J. personal intectual property. I have suffered severe economic loss and financial opportunities as a result of this hate crime.

**COMPLAINT** Page ___ of ___  UPDATED 6/2024

# DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

I demand that the court pay me a portion of all sales frome the usage of my intellectual property. I, Hutchinson, Leonna J. a natural person, demand a payment in the sum of $4,500,000.00 from each defendant listed in this complaint. I demand these artists issue a cease and desist and issue a public record statement and apology for the use of my intellectual property.

# DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 07/05/2024    Sign Name: BY: Hutchinson; Leonna-Janae Lucky
                    Print Name: LEONNA JANAE LUCKY HUTCHINSON