UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONNA HUTCHINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>RUSSELL R. BRUNSON, et al.,<br><br>        Defendants. | Case No. 24-cv-04124-AMO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On November 12, 2024, the Court dismissed the complaint in this matter for failure to state a claim upon which relief can be granted. ECF 5 at 4. The Court granted leave to amend and ordered Plaintiff to file an amended complaint by December 12, 2024. *Id.* The Court put Plaintiff on notice that if an amended complaint was not filed by December 12, 2024, the Court would dismiss this matter without further notice. As of the filing of this order, no amended complaint has been filed. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: December 26, 2024

 

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**